1  LEONARDO M. RAPADAS
   United States Attorney
2  ROSETTA L. SAN NICOLAS
3  Assistant U.S. Attorney
   Suite 500, Sirena Plaza
4  108 Hernan Cortez Ave.
   Hagåtña, Guam  96910
5  Tel: (671) 472-7332/7283
6  Fax: (671) 472-7334

7  Attorneys for the United States of America

8  **IN THE DISTRICT COURT OF GUAM**

9
10  UNITED STATES OF AMERICA,            )    CRIMINAL CASE NO. 08-00013
                                          )
11              Plaintiff,                )
                                          )
12       vs.                              )    **ORDER SEALING RECORD**
                                          )
13  JOSHUA J.C. ULLOA,                    )
    CHRISTINE M. DUENAS,                  )
14  JONATHAN NINETE, and                  )
15  VANESSA TENORIO,                      )
                                          )
16              Defendants.               )
17  _____)

18       Through an application to seal record having come before this court and the court finding

19  good cause for the issuance of the order;

20       **IT IS SO ORDERED** that the record herein be sealed.

23                                          /s/ Joaquin V.E. Manibusan, Jr.
                                              U.S. Magistrate Judge
24                                          Dated: Feb 13, 2008