AO 442 (Rev. 08/07) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of _____ GUAM _____

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>CHRISTINE M. DUENAS | **WARRANT FOR ARREST**<br>Case Number: CR-08-00013-002 |

**FILED**
**DISTRICT COURT OF GUAM**

FEB 20 2008

**JEANNE G. QUINATA**
**Clerk of Court**

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ CHRISTINE M. DUENAS _____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☑ Indictment ☐ Information ☐ Complaint ☐ Order of court

☐ Pretrial Release Violation Petition ☐ Probation Violation Petition ☐ Supervised Release Violation ☐ Violation Notice

**RECEIVED**
FEB 13 2008
US MARSHALS SERVICE-GUAM

charging him or her with (brief description of offense)
Conspiracy to Manufacture Methamphetamine, 21 U.S.C. §§ 841(a)(1) and 846, Count 1

Aiding and Abetting the Attempted Manufacture of Methamphetamine, 18 U.S.C. § 2 and 21 U.S.C. §§ 841(a)(1) & 846, Count 2

Establishment of Manufacturing Operations, 21 U.S.C. § 856(a)(2)

☐ in violation of Title _____ United States Code, Section(s) _____

☐ in violation of the conditions of his or her pretrial release imposed by the court.

☐ in violation of the conditions of his or her supervision imposed by the court.

ORIGINAL

| | |
|---|---|
| MARILYN B. ALCON<br>Name of Issuing Officer | *Marilyn B. Alcon*<br>Signature of Issuing Officer |
| Deputy Clerk<br>Title of Issuing Officer | 02/13/2008  Hagatna, Guam<br>Date and Location |

## RETURN

This warrant was received and executed with the arrest of the above-named individual at

DeDeDo, GUAM

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST<br>2-19-08 | SA THANH CHURCHILL | *Thanh Churchill* |

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME:   CHRISTINE M. DUENAS

ALIAS:

LAST KNOWN RESIDENCE:

LAST KNOWN EMPLOYMENT:

PLACE OF BIRTH:

DATE OF BIRTH:

SOCIAL SECURITY NUMBER:

HEIGHT: _____   WEIGHT: _____

SEX: _____   RACE: _____

HAIR: _____   EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS:


FBI NUMBER:

COMPLETE DESCRIPTION OF AUTO:


INVESTIGATIVE AGENCY AND ADDRESS: