# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# CHANGE OF PLEA

CASE NO.: CR-08-00013-002  DATE: March 20, 2008

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori                Court Recorder: Francine A. Diaz
Courtroom Deputy: Francine A. Diaz          Electronically Recorded: 1:41:20-1:59:19
CSO: N. Edrosa

**APPEARANCES:**
Defendant: Christine M. Duenas              Attorney: Joaquin C. Arriola, Jr.
☑ Present ☐ Custody ☐ Bond ☑ P.R.          ☑ Present ☐ Retained ☐ FPD ☑ CJA
U.S. Attorney: Rosetta San Nicolas          U.S. Agent: Thanh Churchin, DEA
U.S. Probation: Maria Cruz                  U.S. Marshal: G. Perez
Interpreter:                                Language:

**PROCEEDINGS: Change of Plea**
- Pen and Ink changes made to Plea Agreement.
- Defendant consented to enter her plea before a U.S. Magistrate Judge.
- Defendant sworn and examined.
- Plea entered: Guilty Count III
- Plea: Accepted.
- Report and Recommendation executed by the Court.
- Sentencing set for: June 18, 2008 at 9:00
- Draft Presentence Report due to the parties: May 14, 2008
- Response to Presentence Report: May 28, 2008
- Final Presentence Report due to the Court: June 11, 2008
- Defendant released on bail as previously ordered by this Court.

NOTES: