IN THE DISTRICT COURT OF GUAM

FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 08-00013 |
| Plaintiff, | ) | |
| vs. | ) | **ORDER ACCEPTING PLEA OF GUILTY AND ADJUDICATING GUILT, AND NOTICE OF SENTENCING** |
| CHRISTINE M. DUENAS, | ) | |
| Defendant. | ) | |

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there has been no timely objection, the plea of guilty of the Defendant to Count III of an Indictment charging her with Establishment of Manufacturing Operations, in violation of 21 U.S.C. § 856(a)(2), is now ACCEPTED and the Defendant is ADJUDGED GUILTY of such offense. All parties shall appear before this Court for sentencing hearing on June 18, 2008, at 9:00 a.m.

IT IS SO ORDERED.



**/s/ Frances M. Tydingco-Gatewood
Chief Judge
Dated: May 20, 2008**