# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | USDC Cr. Cs. No. 08-00013-002 |
| Plaintiff, | ) | |
| vs. | ) | **REQUEST TO CONTINUE SENTENCING** |
| | ) | **HEARING** |
| CHRISTINE M. DUENAS | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

COMES NOW, the United States Probation Officer respectfully requests the Honorable Court for an Order to continue the Sentencing Hearing set for June 18, 2008. The probation officer requests that the Court continue sentencing to July 28, 2008. The continuance is necessary to obtain information regarding the defendant's child abuse case in the Superior Court of Guam. Both parties have no objections to a continuation.

RESPECTFULLY submitted this _____ day of May 2008.

ROSSANNA VILLAGOMEZ-AGUON
Chief U.S. Probation Officer

By:  /s/ STEPHEN P. GUILLIOT
U.S. Probation Officer

Reviewed by:

 /s/ CHRISTOPHER J. DUENAS
U.S. Probation Officer Specialist