

## ORIGINAL

1  Vanessatenoriostp

2  LEONARDO M. RAPADAS
   United States Attorney
3  ROSETTA L. SAN NICOLAS
   Assistant U.S. Attorney
4  Suite 500, Sirena Plaza
   108 Hernan Cortez Ave.
5  Hagatna, Guam  96910
   PHONE: 472-7332
6  FAX:  472-7334

7  Attorneys for the United States of America

8           IN THE UNITED STATES DISTRICT COURT

9              FOR THE TERRITORY OF GUAM

10

11  UNITED STATES OF AMERICA,        )  CRIMINAL CASE NO. 08-00013
                                     )
                  Plaintiff,         )
12                                   )
                                     )  **STIPULATED MOTION TO**
          vs.                        )  **CONTINUE STATUS HEARING**
13                                   )
                                     )
14  VANESSA TENORIO,                 )
                                     )
                  Defendant.         )
15  _____ )

16      The parties in the above-entitled matter, the United States of America, and the defendant

17  through her counsel, William L. Gavras, hereby motion this Honorable Court to continue the

18  Status Hearing currently scheduled for July 7, 2008, and that it be continued for three (3) months,

19  at a date and time to be selected by the court at it's convenience.

20

21  7/2/08
    _____              _____
22  DATE                                   WILLIAM L. GAVRAS
                                           Attorney for Defendant
23
                                           LEONARDO M. RAPADAS
24                                         United States Attorney
                                           Districts of Guam and NMI
25

26  7/2/08
    _____              By: _____
27  DATE                                       for ROSETTA L. SAN NICOLAS
                                                Assistant U.S. Attorney
28