JOAQUIN C. ARRIOLA, JR., ESQ.
ARRIOLA, COWAN & ARRIOLA
259 MARTYR STREET, SUITE 201
C&A BUILDING, HAGÅTÑA, GUAM
P.O. BOX X, HAGÅTÑA, GUAM 96932
TELEPHONE: (671) 477-9730-33
TELECOPIER: (671) 477-9734

Counsel for Defendant *CHRISTINE M. DUENAS*

FILED
DISTRICT COURT OF GUAM
JUL 3 1 2008
JEANNE G. QUINATA
Clerk of Court

## IN THE DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> CHRISTINE M. DUENAS, ) <br> ) <br> Defendant. ) <br> _____ ) | CRIMINAL CASE NO. **CR08-00013-002** <br><br> **STIPULATION TO CONTINUE SENTENCING HEARING** |

COMES NOW the Parties, through undersigned counsel of record, to STIPULATE and AGREE that the Sentencing Hearing for Defendant CHRISTINE M. DUENAS, set for August 5, 2008, be continued for not less than one (1) month for the reason that defense counsel will be off island for an extended period in August, and the Government requires additional time to consider the cooperative efforts of Defendant in order to assess a Motion for Downward Departure.

IT IS STIPULATED this 31st day of July, 2008.

| | |
|---|---|
| **ARRIOLA, COWAN & ARRIOLA** <br> Counsel for Defendant *Christine M. Duenas* <br><br> _____ <br> JOAQUIN C. ARRIOLA, JR. | **UNITED STATES ATTORNEY'S OFFICE** <br> Counsel for Plaintiff <br><br> _____ <br> ROSETTA SAN NICOLAS |

ORIGINAL