# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> CHRISTINE M. DUENAS, ) <br> ) <br> Defendant. ) <br> ) | CRIMINAL CASE NO. **CR08-00013-002** <br><br> **ORDER CONTINUING** <br> **SENTENCING HEARING** |

On Stipulation of the Parties, and Good Cause Appearing, IT IS HEREBY ORDERED that the Sentencing Hearing for Defendant Christine M. Duenas is hereby continued from August 5, 2008, until September 16, 2008 , at 1:30 p.m.



**/s/ Frances M. Tydingco-Gatewood**
　　**Chief Judge**
**Dated: Aug 01, 2008**