JOAQUIN C. ARRIOLA, JR., ESQ.
ARRIOLA, COWAN & ARRIOLA
259 MARTYR STREET, SUITE 201
C&A BUILDING, HAGÅTÑA, GUAM
P.O. BOX X, HAGÅTÑA, GUAM 96932
TELEPHONE: (671) 477-9730-33
TELECOPIER: (671) 477-9734

Counsel for Defendant *CHRISTINE M. DUENAS*

FILED
DISTRICT COURT OF GUAM
SEP 0 5 2008
JEANNE G. QUINATA
Clerk of Court

## IN THE DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CRIMINAL CASE NO. **CR08-00013-002** |
| Plaintiff, | ) |
| vs. | ) |
| | ) **STIPULATION TO CONTINUE** |
| CHRISTINE M. DUENAS, | ) **SENTENCING HEARING** |
| Defendant. | ) |

COMES NOW the Parties, through undersigned counsel of record, to STIPULATE and AGREE that the Sentencing Hearing for Defendant CHRISTINE M. DUENAS, set for September 16, 2008, be continued for not less than one (1) month for the reason that defense counsel will be in a felony murder trial in the Superior Court of Guam beginning Monday, September 8, 2008.

IT IS STIPULATED this 5th day of September, 2008.

**ARRIOLA, COWAN & ARRIOLA**
Counsel for Defendant *Christine M. Duenas*

_____
JOAQUIN C. ARRIOLA, JR.

**UNITED STATES ATTORNEY'S OFFICE**
Counsel for Plaintiff

_____
ROSETTA SAN NICOLAS

**ORIGINAL**